UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-00007-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOEL KEITH SCALES | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 84 and its accompanying Exhibit and Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the **31** day of **August**, 2011.

HONORABLE JAMES C. DEVER, III
United States District Court Judge