UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joel Keith Scales                                                                               Docket No. 4:10-CR-7-1D

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joel Keith Scales, who, upon an earlier plea of guilty to Extortion Under Color of Official Right and Aiding and Abetting in violation of 18 U.S.C. 1951 and 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 13, 2013, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

    Joel Keith Scales was released from custody on February 3, 2016, in response to a sentencing reduction pursuant to Rule 35(b), at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Scales is being supervised by United States Probation in the Middle District of Louisiana. The probation office has determined that Scales is in need of mental health treatment and is requesting a modification of conditions of release to include a mental health assessment and/or treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a mental health assessment and/or treatment program and shall assist in the cost of said treatment, as approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: August 22, 2016 |

Joel Keith Scales
Docket No. 4:10-CR-7-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this **23** day of **August**, 2016, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge