UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:10-CR-00007-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL KEITH SCALES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court upon a motion of the Defendant for early termination of his supervised release [D.E. 163]. Defendant's U.S. Probation Officer consents to the early termination of his supervised release, and the U.S. Attorney's Office has made no objection. Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a three-year term of supervised release which began on or about February 3, 2016. [D.E. 126 (Judgment); D.E. 147].

In the motion, to which no objection has been made, the Defendant reports full compliance with the restitution repayment plan agreed to with the U.S. Attorney's Office, including selling his rental properties and paying of 100% of the net proceeds toward restitution. In addition, the Defendant expresses remorse for his past conduct. Therefore, the Court finds good cause to terminate supervised release early.

IT IS, THEREFORE, ORDERED that the motion, [D.E. 163], is GRANTED. The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant,

to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

This the 8 day of May, 2018.

The Honorable James C. Dever III
Chief United States District Judge